**Electronically Filed
Supreme Court
SCWC-15-0000467
05-OCT-2016
09:14 AM**

SCWC-15-0000467

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

JACQUELINE M. EARL, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000467; CASE NO. 1DCW-15-0001089)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Jacqueline M. Earl's application for writ of certiorari filed on August 23, 2016, is hereby rejected.

DATED:  Honolulu, Hawai'i, October 5, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

